UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY DAY,

    Plaintiff,

v.

AZIYO BIOLOGICS, INC., et al.,

    Defendants.

Case No. 24-cv-11888

Honorable Robert J. White

**ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ALL REMAINING DEFENDANTS DCI DONOR SERVICES, INC., NEW MEXICO DONOR SERVICES, AND AZIYO BIOLOICS, INC. D/B/A ELUTIA, INC. F/K/A AZIYO BIOLOGICS, INC.**

Pursuant to the stipulation of the parties, it is ordered that all claims against the remaining Defendants (DCI DONOR SERVICES, INC., NEW MEXICO DONOR SERVICES, AND AZIYO BIOLOICS, INC. D/B/A ELUTIA, INC. F/K/A AZIYO BIOLOGICS, INC.) are dismissed with prejudice, without costs to any party. As a result of dismissal of these sole remaining claims, the entire action is dismissed with prejudice.

    SO ORDERED.

Dated: December 19, 2025

s/Robert J. White
Robert J. White
United States District Judge